IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BILLY CAMPBELL,

    Petitioner,

vs.                                           Case No. 4:13cv231-MW/CAS

MICHAEL D. CREWS,

    Respondent.
_____/

## ORDER OF DISMISSAL

Pending is Petitioner's Petition for writ of habeas corpus pursuant to Title 28 U.S.C. § 2254. Doc. 1. On October 22, 2013, Petitioner was directed to file an amended Petition by November 21, 2013. Petitioner has now filed a "Voluntary Withdrawal of Petition." Doc. 22. Petitioner seeks dismissal so that he may exhaust his state remedies. It is evident that this document should be treated as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves his answer, or files a motion for summary judgment. Because the Respondent has not yet

been served, it is clear that the Petitioner is automatically entitled to take a voluntary dismissal at this time.

Accordingly, it is **ORDERED** that this case shall be considered closed upon entry of this order.

**DONE AND ORDERED** on November 22, 2013.

 S/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**